IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 20 ⌐ 10: 30

Gabriel Lee Owens 193310 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 1:05CV668-F
Geneva Co Jail Greg ward ) (To be supplied by Clerk of
(Sheriff) ) U.S. District Court)
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

**NAME**                                **ADDRESS**

1. Carl Rowel Geneva Co Jail Administrator PO Box 115
2. Mr. Weeks Geneva Co Jail Co1
3. Mrs Amber Geneva Co Jail Morton
4. Greg Ward Sheriff
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I wrote a request form about go to the Dental and I fill I four request about the

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

and would I Ask the CO1 (Mr Week) or the Jail Adminstrator (Carl Rowe) about the Dental the office laugh in my face. (CO1) Mr Weeks

GROUND TWO: _____

SUPPORTING FACTS: On 7-04-05 office Mr. Weeks (CO1) take a inmate to the Dental. But the inmate Randy Hayes don't fill out a Request form about go to the Dental. Inmate Randy Hayes ask CO1 Mr. Weeks Tuesday and Thursday CO1 Mr Weeks take him.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$75,000.00 Pay for all my Dental Exspences and The pain I had to do through incarceration

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  7-12-05 .
                (Date)

_____
Signature of plaintiff(s)

4