IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

GABRIEL LEE OWENS                         *

    Plaintiff,                                    *

        v.                                        * CIVIL ACTION NO. 1:05-CV-668-F

GENEVA COUNTY JAIL, *et al.*,          *

    Defendants.                                 *

_____

**O R D E R**

Plaintiff is incarcerated at the Geneva County Jail located in Geneva, Alabama.  He filed the instant 42 U.S.C. § 1983 action on July 20, 2005 complaining that Defendants have failed to provide him with  dental care.

Plaintiff's complaint has been accepted for filing.   However, before further proceedings in this matter are conducted, the court deems it appropriate to direct Plaintiff to amend his complaint concerning the factual allegations contained therein.  The  amended complaint should specify  (1) the dates of his requests for dental care,  and (2) the nature of the dental problem for which he seeks  dental examination and/or treatment.

*Pro se* complaints are held to a less stringent standard than those drafted by attorneys, and a pro se complainant whose action is not well plead  should be given a reasonable opportunity to define issues and to name proper defendants for claims which may be cognizable.  *See Johnson v. Silver*, 742 F.2d 823, 825 (4th Cir. 1984).  Where, as here, Plaintiff may have stated a colorable federal claim, but has failed to provide the information

addressed above, he shall be given an opportunity to amend his complaint in order to furnish

those details.  The complainant is cautioned that his failure to file an amended complaint in

compliance with the directives contained in this Order will result in the dismissal of his

complaint without further notice from this court.

Accordingly, it is

**ORDERED** that on or before August 9, 2005 Plaintiff shall file an amendment to his

complaint as directed herein.  Plaintiff is forewarned that his failure to file an amended

complaint in compliance with the directives contained in this order will result in a

Recommendation that his complaint be dismissed without further notice from the court.

Done this 26th day of July, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE