IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL LEE OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-CV-668-F |
| ) | WO |
| GENEVA COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 30, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the order of the court.

Done this the 14th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE